**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Ronald D. Brandon
Attorney at Law
P. O. Box 216
Many LA 71449


**REHEARING ACTION: February 4, 2015**


**Docket Number: 14   00558-CA**

**MILDRED GRANTHAM**
**VERSUS**
**LOY RAY GADDIS, JR.**

**Appealed from Sabine Parish Case No. 63,648**


**BEFORE JUDGES:**

> **Hon. Shannon J. Gremillion**
> **Hon. Phyllis M. Keaty**
> **Hon. John E. Conery**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Mildred Grantham** has this day been

> **DENIED.**


cc: John William Pickett, Counsel for the Appellant